[Criminal No. 763.   Filed February 23, 1932.]

[8 Pac. (2d) 1111.]

L. T. CLARK, Appellant, v. STATE, Respondent.

Mr. Robert L. Fortune and Mr. Thomas J. Croaff, for Appellant.

The Attorney General, for the State.

PER CURIAM.—The record on appeal reached this court August 26, 1931. Appellant has filed no

brief or assignments of error or otherwise appeared in this court to prosecute his appeal. We have found no prejudicial error in the record.

We therefore affirm the judgment.